# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TONY RUIZ,**  **PLAINTIFF**
**ADC #157474**

**v.**     Case No. 4:20-cv-01019-KGB-JTK

**WENDY KELLY,** *et al***.**     **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 13). There have been no objections, and the time for filing objections has passed. After a review of those Proposed Findings and Recommendations, the Court adopts them in their entirety. Accordingly, the Court grants plaintiff Tony Ruiz's motion to dismiss voluntarily his complaint (Dkt. No. 12). The Court dismisses without prejudice Mr. Ruiz's complaint.

It is so ordered this 2nd day of February, 2021.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE