# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TONY RUIZ,**                                                                          **PLAINTIFF**
**ADC #157474**

**v.**                  **Case No. 4:20-cv-01019-KGB-JTK**

**WENDY KELLY,** *et al.*                                                       **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that the Court dismissed without prejudice this case. The relief sought is denied.

It is so adjudged this 2nd day of February, 2021.

                                                                         _____
                                                                        KRISTINE G. BAKER
                                                                        UNITED STATES DISTRICT JUDGE